# United States District Court

### EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MELISSA ANDERSON,**
      Plaintiff,

    v.                                  Case No. CASE # 23-CV-1084

**MARTIN O'MALLEY,**
**Acting Commissioner of the Social Security Administration**
        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

| | |
|---|---|
| 1/22/2024 | Gina Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |